## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOHN M. LEFLER, et al.,** | ) | |
| | ) | **8:07CV114** |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JAMES L. BAUM,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of Andrew D. Strotman and Keith Peters to withdraw as counsel for plaintiffs, John M. Lefler and John M. Lefler, P.C., L.L.O., (Filing No. 27). Mr. Strotman filed a declaration in support of the motion (Filing No. 27-2).

On September 24, 2007 this court entered an order that Mr. Strotman and Mr. Peters shall not be given leave to withdraw as attorneys for John M. Lefler, P.C., L.L.O, until Mr. Lefler has entered an appearance as counsel for John M. Lefler, P.C., L.L.O, or as otherwise ordered by the court. This court granted in part and held in abeyance in part the motion of Andrew D. Strotman and Keith T. Peters to withdraw as counsel until October 24, 2007 or until Mr. Lefler entered an appearance. **See** Filing No. 28. On September 28, 2007, Mr. Lefler entered an appearance on behalf of John M. Lefler, P.C., L.L.O. (Filing No. 33) and on behalf of himself (Filing No. 34). Accordingly, this court will grant the motion to withdraw of Mr. Strotman and Mr. Peters.

**IT IS ORDERED:**

1. The Motion To Withdraw As Counsel (Filing No. 27) is granted.

2. Mr. Strotman and Mr. Peters are permitted to withdraw as counsel of record for this case.

3. The Clerk of the Court is ordered to stop all notices in this case to Mr. Strotman and Mr. Peters.

DATED this 1st day of November, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge