# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JOHN M. LEFLER, et al.,**           ) | |
| ) | **8:07CV114** |
| **Plaintiffs,**        ) | |
| ) | |
| vs.                            ) | **ORDER** |
| ) | |
| **JAMES L. BAUM,**                    ) | |
| ) | |
| **Defendant.**         ) | |

This matter is before the court on the Plaintiffs'/Counter Defendants' Motion To Extend Time To Respond To Defendant's Motion to Dismiss. The plaintiffs request an order extending the time allowed under NECivR 7.1(b)(1)(B) starting from November 2, 2007. Upon consideration,

**IT IS ORDERED:**

1. The Plaintiffs'/Counter Defendants' Motion To Extend Time To Respond To Defendant's Motion to Dismiss (Filing No. 51) is granted.

2. The plaintiffs shall have to **on or before November 22, 2007** to respond to Defendant's Motion to Dismiss (Filing No. 35).

DATED this 2nd day of November, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge