IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN M. LEFLER, and JOHN M. LEFLER, P.C., L.L.O., a Nebraska professional corporation, | ) ) ) ) | 8:07CV114 |
| Plaintiffs, | ) ) | |
| v. | ) | AMENDED ORDER |
| JAMES L. BAUM, | ) ) ) | |
| Defendant. | ) ) | |

The matter before the court is the plaintiffs' unopposed motion to dismiss the complaint and counterclaim with prejudice. Filing No. 65. The court finds that this matter should be dismissed with prejudice.[1]

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that, pursuant to FED. R. CIV. P. 41(a), the court hereby dismisses the complaint and counterclaim, and each claim in the complaint and counterclaim, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 7th day of January, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

[1] Plaintiff filed a motion to dismiss, Filing No. 65. The court granted the motion. Filing No. 66. The plaintiff has since been asked by counsel Steven Achelpohl that the order be amended to include the counterclaims.